# Exhibit 1

10 min
5 min

Moody Bible Institute, 8

d - Near North: Elizabet

Options

Phone | Copy link

10 min
0.5 mile

nd N La Salle Dr | 11 min
0.5 mile

11 min
0.5 mile

Q Search along the route

Restaurants | Coffee | Groceries | Things to do

Apartments

W Scott St

Happy Camper Pizza
Bachelor
Bachelore  Parties

W Division St

Public Storage
Self Storage
Solutions

Walgreens
Stay Healthy.
Enjoy the Happy

Seward
(William) Park

W Elm St

E Elm St

Lou Malnati's Pizza

E Cedar St

11 min
0.5 miles

W Hill St

W Maple St

Gibsons Bar
& Steakhouse

E Bellevue

E Oak St

Doma Cafe

W Oak St | W Oak St

11 min
0.5 miles

Newberry Library

W Walton St

Walgreens
Stay Healthy.
Enjoy the Happy

Mogadishu Restaurant

W Walton St

W Walton St

Washington
Square Park

W Locust St

10 min
0.5 miles

E Chestnut St

Chapman Center
Moody Bible Institute

Little Pigs Chi (3LP)

Moody Bible Institute

Google

Layers

Imagery ©2024 Airbus, Maxar Technologies, Map data ©2024 Google    United States   Terms