# Exhibit 11

# DISTRICT PRETRIAL RELEASE CONDITIONS
## CHICAGO POLICE DEPARTMENT
### FOR THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Defendant Name (Last): ACEVEDO  (First): E Juan  (Middle Initial): J

Address: 2572 N. Lincoln Ave  Apt. No. 302  City/State/Zipcode: Chicago, IL 60614

Defendant Preferred Method of Court Communication:
- ☐ Email: _____
- ☐ Text: _____
- ☒ Phone call: 910-709-3247
- ☐ Other: _____

Would you like to be enrolled in the Cook County automated court reminder system?
- ☒ Yes, send court reminders by: ☒ Text ☐ Phone Call
- Phone number: 910-709-3247
- ☐ No, I do not wish to be enrolled in the Cook County automated court reminder system.

**Required Standard Pretrial Release Conditions for ALL Charges:**

**725 ILCS 5/110-10(a)**
- ☒ Appear in court to answer the charge as ordered until discharged or final order of the court.
- ☒ Submit to the orders and process of the court.
- ☒ Not violate any criminal statute of any jurisdiction.

**725 ILCS 5/110-12**
- ☒ File written notice with the clerk of the court of any change in address within 24 hours after such change or, if charged with a forcible felony, within 24 hours prior to such change.

**VIOLATION OF THE CONDITIONS OF PRETRIAL RELEASE MAY RESULT IN A FINE, ARREST, OR JAIL.**

**STATEMENT OF THE DEFENDANT:** I acknowledge receipt of this notice. I understand and accept the terms and conditions set forth above. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

Defendant's Signature: [signed]  Date: 3/30/24  Hour: 4:59  ☐ a.m. ☒ p.m.

| RD Number | CB Number | IR Number |
|---|---|---|
| JH206591 | 30338888 | 2505974 |

| Chapter | Section | Of The | Offense | Citation, Complaint, or Indictment Number |
|---|---|---|---|---|
| 8 | 32-070 | ☐ Illinois Compiled Statutes / ☒ Municipal Code | Amplified Sound | |
| 8) | 4-010(E) | ☐ Illinois Compiled Statutes / ☒ Municipal Code | Disorderly Conduct | |
|  |  | ☐ Illinois Compiled Statutes / ☐ Municipal Code |  |  |
|  |  | ☐ Illinois Compiled Statutes / ☐ Municipal Code |  |  |
|  |  | ☐ Illinois Compiled Statutes / ☐ Municipal Code |  |  |
|  |  | ☐ Illinois Compiled Statutes / ☐ Municipal Code |  |  |
|  |  | ☐ Illinois Compiled Statutes / ☐ Municipal Code |  |  |

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County, Illinois located at:

Address (Number and Street): 5555 W Grand Ave  City/Town/Village: Chicago, Illinois

Branch No. 29  in Room No. 2  on April 24, 2024 at 9:00 ☒ a.m. ☐ p.m.

Hour: 4:59  ☐ a.m. ☒ p.m.
Date: 03/30/24

Department Member who prepared form:
Print Name: SPARANO F  Signature: [signed]  Star No. 1605  Unit: 018

CPD-21.256 (12/22)  Distribution: (White) - Court, (Yellow) - CPD Court Section, (Pink) - Defendant, (Goldenrod) - District.