# Exhibit 12

| Sheet # | CRIMINAL DISPOSITION SHEET | Branch/Room/Location | Court Interpreter |
|---|---|---|---|
| 6 | Defendant Sheet #1 | Branch 29/Room 1<br>5555 West Grand, Chicago, IL, 60639 | |

| Case Number | Defendant Name | Attorney Name | Session Date | Session Time |
|---|---|---|---|---|
| 24119952201 | ACEVEDO, ETHAN J | | 7/16/2024 | 09:00 AM - |

| CB/DCN# | IR # | EM | Case Flag | Bond # | Bond Type | Bond Amt |
|---|---|---|---|---|---|---|
| 030338888 | 2505974 | | | | | |

| CHARGES | COURT ORDER ENTERED | CODES |
|---|---|---|
| C1 8-32-070<br>MUSIC AND AMPLIFIED SOUND | FNG / FNG | |
| C2 8-4-010(E)<br>DISORDERLY CONDUCT - FAIL TO O | MC DWP | |

ENTERED
JUL 16 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

| JUDGE: | JUDGE'S NO: | RESPONSIBLE FOR CODING AND COMPLETION BY DEPUTY CLERK: | VERIFIED BY: |
|---|---|---|---|