# Exhibit 13



RICHARD C. BAKER
SOO YEON LEE
JOHN W. MAUCK

WHITMAN H. BRISKY
  OF COUNSEL

JUDITH A. KOTT

ROBIN J. RUBRECHT

ONE NORTH LASALLE STREET, SUITE 3150
CHICAGO, ILLINOIS 60602

WWW.MAUCKBAKER.COM
TEL: 312.726.1243  FAX: 866.619.8661

**Writer's Direct Line:**
**(312) 726-1243**
**rrubrecht@mauckbaker.com**

November 5, 2024

**VIA USPS AND EMAIL**
Bradley G. Wilson
City of Chicago Department of Law
2 N. LaSalle St., Suite 520
bradley.wilson@cityofchicago.org

**RE:   Demand Letter on Behalf of Ethan Acevedo**

Dear Mr. Wilson,

¶1   We represent Ethan Acevedo, a student at Moody Bible Institute, in connection with an unlawful arrest and detention by officers of the Chicago Police Department[1] on March 30, 2024. Because you are familiar with our firm from previous litigation, and because you are knowledgeable in constitutional law, we decided to send this letter directly to you. By this letter, we hope to informally settle Mr. Acevedo's claim against the City before it becomes necessary to file suit under 42 U.S.C. § 1983 for violations of Mr. Acevedo's First and Fourth Amendment rights.

¶2   Our office has reviewed body-worn camera ("bodycam") footage of Mr. Acevedo's arrest recorded by his associates, as well as footage recorded by the arresting officers from the 18th District of the Chicago Police Department ("CPD"), provided to us by the City of Chicago in connection with Mr. Acevedo's trial for the resulting charges. The facts surrounding the arrest make clear that the officers had no probable cause to arrest Mr. Acevedo.

¶3   We have attached Mr. Acevedo's Declaration to this letter, wherein he detailed the events leading up to his arrest, the arrest itself, and his subsequent detention, trial, and the resulting damages. We expect the City will have access to CPD's bodycam recordings of the arrest to

---

[1] The arrest was effected by Sergeant Tomasz Zatura (☆ 1125) and Officers Wilkins (☆ 14123), Flaster (☆ 15498), Manriquez (☆ 15834), Garren (☆ 6970), and Hardy (☆ 12385).

corroborate Mr. Acevedo's Declaration, and we know for sure the City's Law Department is familiar with the laws applying to the circumstances outlined in this letter and the declaration.

¶4    As a result of CPD's unlawful actions, Mr. Acevedo suffered physical, emotional, and economic harm. Were this matter taken to trial, evidence would support the following:

- **Punitive Damages against Sgt. Zatora (and possibly other officers) for Willful Violation of First Amendment Rights**: The arrest was a blatant attempt to silence Mr. Acevedo's lawful speech on a matter of public importance. He was engaging in peaceful, religious expression and was arrested solely for exercising his constitutional rights.

- **Emotional Distress**: Mr. Acevedo was humiliated by the arrest, which occurred in full view of the public and was recorded by bystanders and police body cameras. The experience caused severe emotional distress, exacerbated by the continued court process, the fear of expulsion or loss of academic standing at Moody Bible Institute, and legitimate concerns for his future career prospects.

- **Physical Discomfort**: Police manhandled Mr. Acevedo when arresting him, put him in cuffs, and forced my client to languish in dirty, uncomfortable holding cells for approximately six hours, where his discomfort was exacerbated by a pre-existing lower back condition.

- **Damage to Reputation**: Although Mr. Acevedo was found not guilty, the arrest has damaged his reputation. He was terminated from his campus job, which was essential to supporting his education and livelihood, and he has struggled to find similarly suitable employment. The arrest also threatens to impact his future career as a pastor, for which moral character is crucial.

- **Economic Loss**: Mr. Acevedo lost his employment at Moody's campus security and has been unemployed since August 26, 2024. He was earning $285 (after taxes) per week as a campus security officer, and losing this income (approximately $3500 through mid-November) has caused significant financial strain for him and his wife.

¶5    Now therefore, Mr. Acevedo seeks $50,000 in recompense for the wrongful treatment he suffered at the hands of CPD's officers. The City may review the attached declaration to satisfy itself on the point that the underlying events justify damages well in excess of the requested sum.

## ETHAN ACEVEDO'S REQUESTED SETTLEMENT

- $50,000 to compensate Mr. Acevedo for his physical and emotional suffering resulting from the arrest, for harm to his reputation, for lost income, and for the indignities and inconveniences following his arrest and being forced to go to trial to defend his innocence.

- The expungement of his arrest from law enforcement records.

- A letter of apology from the City for silencing his constitutionally protected speech and for unjustifiably arresting him (which he needs in order that he can prove to future employers or other interested persons who may have discovered his arrest that there were no grounds for arresting him)

We kindly request that the City of Chicago respond to this demand by December 3, 2024. Let us know if you need a few days beyond that date.

Please contact me directly at (312) 726-2093 or rrubrecht@mauckbaker.com to discuss this demand.

Sincerely,

MAUCK & BAKER, L.L.C.

Robin. J. Rubrecht

John W. Mauck jmauck@mauckbaker.com
Robin Rubrecht rrubrecht@mauckbaker.com
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 3150
Chicago, IL 60602
Direct: (312) 726-2093
Office: (312) 726-1243


Cc:
Amie Medley, Amie.Medley@cityofchicago.org
John Casey, John.Casey@cityofchicago.org