# Exhibit 14



November 6, 2024

**<u>Via Email</u>**
Robin J. Rubrecht
Mauck & Baker, LLC
One North LaSalle Street, Suite 3150
Chicago IL 60602
rrubrecht@maukerbaker.com

Re:     Demand Letter on Behalf of Ethan Acevedo

Dear Mr. Rubrecht,

Thank you for your correspondence dated November 5, 2024.  We have reviewed and discussed your correspondence regarding Mr. Acevedo's claims.  We appreciate your interest in attempting to resolve the matter short of filing a lawsuit.  However, at this time, we will not engage in settlement negotiations regarding Mr. Acevedo's claims.

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

Caroline Fronczak
Deputy Corporation Counsel
City of Chicago Dept. of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Suite 420
Chicago IL 60602
(312)-744-5126
Caroline.Fronczak@cityofchicago.org