# EXHIBIT 1

**Google map of La Salle Drive and Division Street**



Imagery ©2025 Google, Imagery ©2025 Airbus, Maxar Technologies, Map data ©2025  50 ft

Measure distance
Total distance: 99.23 ft (30.24 m)