# EXHIBIT 3

**Body-Worn Camera of CPD Sergeant Tomasz Zatora**

**File Name: Axon_Body_3_Video_2024-03-30_1013_X60AC343K.MP4**

**(Uploaded Electronically Via Digital Media Exhibit Submission)**