IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ETHAN ACEVEDO,<br><br>        Plaintiff,<br>v.<br><br>TOMASZ ZATORA, et al.,<br><br>        Defendants. | Case No. 1:24−cv−12654<br><br>Honorable Georgia N Alexakis |

## PLAINTIFF'S NOTICE OF RELATED CASE

  Plaintiff Ethan Acevedo, through his attorneys, Mauck & Baker, LLC, respectfully notifies the Court of a case recently filed in this District that may be related to this lawsuit as defined under Local Rule 40.4(a)(2). Plaintiff takes no position at this time on whether reassignment of either case is appropriate.

  The other case is captioned *Raio et al v. City Of Chicago et al.*, Case No. 1:25-cv-02709, filed on March 14, 2025. Like the present case, *Raio* concerns 42 U.S.C 1983 claims against City of Chicago police officers and the City itself, alleging unlawful arrest of individuals engaged in religious speech, based on the misapplication of the City's sound amplification ordinance. Accordingly, the legal and factual issues appear to substantially overlap with those presented here.

  Date: March 21, 2025

                   Respectfully submitted

                   ETHAN ACEVEDO,

                   By: /s/ *Robin Rubrecht*
                   One of his attorneys

John W. Mauck (1797328)
Robin J. Rubrecht (6340970)
**MAUCK & BAKER, LLC**
1 N. LaSalle St. Suite 3150
Chicago, IL 60602
312-726-1243
jmauck@mauckbaker.com
rrubrecht@mauckbaker.com
Attorneys for Plaintiff

1