**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ETHAN ACEVEDO | |
| Plaintiff, | |
| v. | No. 24-cv-12654 |
| SERGEANT TOMASZ ZATORA, in his individual capacity, and the CITY OF CHICAGO, an Illinois municipal corporation, | Hon. Georgia N. Alexakis |
| Defendants. | |

**DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants City of Chicago and Sergeant Tomasz Zatora respectfully move the Court for an order dismissing Plaintiff's claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants incorporate their accompanying memorandum of law and state as follows:

1. Plaintiff Ethan Acevedo was arrested for violating the City's sound amplification ordinance, Municipal Code of Chicago, Ill. ("MCC") § 8-32-070, and the City's disorderly conduct ordinance, MCC § 8-4-010(e), when he refused to stop using an amplifier while protesting at the Planned Parenthood clinic at La Salle Drive and Division Street in March 2024.

2. Plaintiff's Second Amended Complaint raises an Illinois Religious Freedom Restoration Act ("IRFRA") claim against the City and Sergeant Zatora (count II) and a false arrest claim against Sergeant Zatora (count III). Plaintiff's other claims were previously dismissed with prejudice.

3.      Plaintiff's IRFRA claim in count II should be dismissed because Plaintiff identifies no government action that substantially burdens his religious exercise, as IRFRA claims require, and the Illinois Tort Immunity Act bars his state-law damages claim.

4.      Plaintiff's false arrest claim in count III should be dismissed because arguable probable cause existed for his arrest, which entitles Sergeant Zatora to qualified immunity.

WHEREFORE, for the reasons above and in the accompanying memorandum of law, the Court should grant Defendants' Motion and dismiss the Second Amended Complaint under Rule 12(b)(6) with prejudice.

Date:   June 12, 2026

ELLEN W. MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org
HANNAH L. PITCHER
hannah.pitcher@cityofchicago.org
ERIC SEELEMAN
eric.seeleman@cityofchicago.org
City of Chicago Department of Law
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-5147 / 742-6238 / 742-3902
*Attorneys for Defendants*

Respectfully submitted,

MARY B. RICHARDSON-LOWRY,
Corporation Counsel for
 the City of Chicago

By: */s/ Hannah L. Pitcher*
        Assistant Corporation Counsel

2